IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| BORNEO ENERGY SENDIRIAN BERHAD, § | |
| § | |
| Plaintiff, § | |
| § | |
| V. § | CIVIL ACTION NO. H-09-0612 |
| § | |
| SUSTAINABLE POWER CORP. and § | |
| JOHN RIVERA, § | |
| § | |
| Defendants. § | |

**ORDER GRANTING BORNEO ENERGY'S
MOTION FOR SUBSTITUTED SERVICE**

Borneo Energy Sendirian Berhad ("Borneo Energy") moved for substituted service on defendants Sustainable Power Corp. ("SSTP") and John Rivera. This court finds that Borneo Energy has made diligent efforts to serve SSTP and Rivera but has been unsuccessful. The substituted service requested in Borneo Energy's motion will be reasonably effective to give SSTP and Rivera notice of the summons and complaint. Borneo Energy's motion is granted. Substituted service on SSTP and Rivera is authorized by: (a) certified mail to SSTP and Rivera at SSTP's business address at 7111 Highway 146, Baytown, Texas 77520; (b) electronic mail to Mr. Rivera, individually and as SSTP's registered agent, at jhrivera@sstp.us; and (c) electronic mail to Mr. Cutler, SSTP's President and Chief Executive Officer, at rcutler@cutlerlaw.com.

Borneo Energy has shown good cause for its failure to effect service up to this time. An extension until **August 28, 2009**, for completion of service is granted.

The pretrial scheduling conference is rescheduled for **November 20, 2009, at 8:45 a.m.**

SIGNED on June 17, 2009, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge