# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | |
|---|---|
| BORNEO ENERGY SENDIRIAN BERHAD, § § Plaintiff, § § V. § § SUSTAINABLE POWER CORP. and § JOHN RIVERA, § § Defendants. § | CIVIL ACTION NO. H-09-0612 |

## ORDER OF DISMISSAL

Pursuant to the Stipulation of Dismissal by all parties who have appeared in this action, it is hereby ordered that:

1. All claims in this action by plaintiff, Borneo Energy Sendirian Berhad, are dismissed with prejudice.

2. All counterclaims and crossclaims in this action by defendants, Sustainable Power Corp. and John Rivera, are dismissed with prejudice.

3. Each party will bear its own costs, expenses, and attorneys' fees.

SIGNED on February 19, 2010, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge